# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 28, 2010

## Before

FRANK H. EASTERBROOK, *Chief Judge*

WILLIAM J. BAUER, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| **No**.  09-3092 | |
| LEE MERCADO, *et al.*,<br>  *Plaintiffs-Appellees*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| **v.** | |
| THOMAS J. DART, Sheriff of Cook County, Illinois,<br>  *Defendant-Appellant*. | No. 06 C 552<br>Matthew F. Kennelly, *Judge*. |

## Order

The slip opinion of this court issued on April 28, 2010, is amended as follows:

Page 1, first line of opinion, change "detailed" to "detained".